**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

In re: Taylor Cattle Co., LLC                     §          Case No. 16-30618- BTF
                                                  §
                                                  §
                                                  §
       Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      Jill D. Olsen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 **(without deducting any secured claims)** | Assets Exempt: N/A |
| Total Distributions to Claimants: $706,094.99 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $219,905.01 | |

      3) Total gross receipts of $926,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $926,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $528,044.05 | $861,316.89 | $861,316.89 | $701,315.60 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $89,735.07 | $210,735.07 | $210,735.07 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $9,169.94 | $9,169.94 | $9,169.94 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $34.33 | $34.33 | $34.33 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $2,558,815.17 | $1,092,369.23 | $4,745.06 |
| **TOTAL DISBURSEMENTS** | $528,044.05 | $3,519,071.40 | $2,173,625.46 | $926,000.00 |

4) This case was originally filed under chapter 12 on 12/20/2016, and it was converted to chapter 7 on 03/14/2017.  The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    08/04/2021                By: /s/ Jill D. Olsen
                                            Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Farm - 1180 County Rd. 110, Carthage, MO | 1110-000 | $750,000.00 |
| Accounts receivable | 1221-000 | $0.00 |
| Adversary Action - Gentry et al v. American Family Insurance Co., Adv. 19-03005 & 18-03014 | 1249-000 | $160,000.00 |
| Olsen v. Bill & Gloria McNeece, Adv. 18-03015 and 18-03016 | 1249-000 | $10,000.00 |
| Olsen v. Derek Paradeis, Adv. #18-03023 | 1249-000 | $500.00 |
| Olsen v. Neil Wagner, Adv. #18-03021 | 1249-000 | $500.00 |
| Disgorgement of attorney's fees | 1290-000 | $5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$926,000.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Cornerstone Bank | 4210-000 | $70,110.00 | $66,764.52 | $66,764.52 | $0.00 |
| 4 | Cornerstone Bank | 4210-000 | $87,610.05 | $93,236.77 | $93,236.77 | $0.00 |
| C | Cornerstone Bank | 4110-000 | $0.00 | $701,315.60 | $701,315.60 | $701,315.60 |
| N/F | Cornerstone Bank | 4210-000 | $75,085.00 | NA | NA | NA |
| N/F | Cornerstone Bank | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Cornerstone Bank | 4210-000 | $120,128.50 | NA | NA | NA |
| N/F | Cornerstone Bank | 4210-000 | $175,110.50 | NA | NA | NA |
| | **TOTAL SECURED** | | **$528,044.05** | **$861,316.89** | **$861,316.89** | **$701,315.60** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jill Olsen | 2100-000 | NA | $49,550.00 | $49,550.00 | $49,550.00 |
| Trustee, Expenses - Jill Olsen | 2200-000 | NA | $912.30 | $912.30 | $912.30 |
| Costs re Sale of Property - CB Title, Inc. | 2500-000 | NA | $312.50 | $312.50 | $312.50 |
| Banking and Technology Service Fee - Texas Capital Bank | 2600-000 | NA | $484.70 | $484.70 | $484.70 |
| Other State or Local Taxes (post-petition) - CB Title, Inc. | 2820-000 | NA | $765.12 | $765.12 | $765.12 |
| Other State or Local Taxes (post-petition) - Missouri Department of Revenue | 2820-000 | NA | $1,212.16 | $1,212.16 | $1,212.16 |
| Other Chapter 7 Administrative Expenses - JPMorgan Chase Bank, N.A. | 2990-000 | NA | $479.82 | $479.82 | $479.82 |
| Attorney for Trustee Fees (Other Firm) - Spencer Fane LLP | 3210-000 | $0.00 | $0.00 | $115,910.69 | $115,910.69 |
| Attorney for Trustee Expenses (Other Firm)  - Spencer Fane LLP | 3220-000 | $0.00 | $0.00 | $5,089.31 | $5,089.31 |
| Accountant for Trustee Fees (Other Firm) - Cheryl Wesler | 3410-000 | NA | $5,473.75 | $5,473.75 | $5,473.75 |
| Accountant for Trustee Expenses (Other Firm) - Cheryl Wesler | 3420-000 | NA | $544.72 | $544.72 | $544.72 |
| Realtor for Trustee Fees (Real Estate Commissions) - Charles Burt Realtors | 3510-000 | NA | $13,500.00 | $13,500.00 | $13,500.00 |
| Realtor for Trustee Fees (Real Estate Commissions) - Keller Williams of SW Missouri | 3510-000 | NA | $16,500.00 | $16,500.00 | $16,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$89,735.07** | **$210,735.07** | **$210,735.07** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Other State or Local Taxes  - CB Title, Inc. | 6820-000 | NA | $6,925.94 | $6,925.94 | $6,925.94 |
| Attorney for Debtor, Fees - Richard V. Fink, Chapter 12 Trustee | 6700-180 | NA | $2,244.00 | $2,244.00 | $2,244.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$9,169.94** | **$9,169.94** | **$9,169.94** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | STEPHEN H. HOLT - JASPER COUNTY COLLECTOR | 5800-000 | $0.00 | $34.33 | $34.33 | $34.33 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$34.33** | **$34.33** | **$34.33** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dorothy Bitter c/o Robert S. Whitmore, Trustee | 7100-000 | $0.00 | $1,511,243.40 | $400,124.00 | $1,738.07 |
| 5 | MFA Oil Company | 7100-000 | $0.00 | $547.72 | $547.72 | $2.38 |
| 6 | American Express Bank, FSB c/o Becket and Lee LLP | 7100-000 | $0.00 | $44,149.49 | $44,149.49 | $191.78 |
| 7 | The First National Bank & Trust Company of Miami, c/o Brian | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | The First National Bank & Trust Company of Miami, c/o Brian | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Darrel Gentry | 7100-000 | $0.00 | $70,000.00 | $70,000.00 | $304.07 |
| 10 | Darrel Gentry | 7100-000 | $0.00 | $547,638.04 | $547,638.04 | $2,378.84 |
| 11 | Darrel Gentry | 7100-000 | $0.00 | $90,414.03 | $0.00 | $0.00 |
| 12 | Darrel Gentry | 7100-000 | $0.00 | $114,912.51 | $0.00 | $0.00 |
| 13 | Darrel Gentry | 7100-000 | $0.00 | $150,000.00 | $0.00 | $0.00 |
| 14 | Caterpillar Financial Commercial Account Corp Attn: Amanda T | 7100-000 | $0.00 | $29,909.98 | $29,909.98 | $129.92 |
| N/F | ABC Amega Inc | 7100-000 | $0.00 | NA | NA | NA |
| N/F | American Express Global Collections | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Bank Of America | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Caterpillar Corporation | 7100-000 | $0.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Chase Bank USA NA | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Comdata | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Don Lakin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gary Gentry | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Henry Clapper Law Office | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hillhouse Pumping Co, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Humana Insurance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | JP Morgan Chase Bank | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jordan Disposal Services, LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jordan Garrett | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Mike Bostick | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Nedra King | 7100-000 | $0.00 | NA | NA | NA |
| N/F | R&R Marketing | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sarcoxie Feed & Farm | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Taylor Schooling | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tek Collect Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Tim White | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Whitehead Farm Supply | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$2,558,815.17** | **$1,092,369.23** | **$4,745.06** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**   16-30618- BTF

**Case Name:**   Taylor Cattle Co., LLC

**For Period Ending:**   08/04/2021

**Trustee Name:**   (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):**   03/14/2017 (c)

**§ 341(a) Meeting Date:**   04/26/2017

**Claims Bar Date:**   07/28/2017

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Farm - 1180 County Rd. 110, Carthage, MO | 750,000.00 | 750,000.00 | | 750,000.00 | FA |
| 2 | Arvest Bank Account  #9982 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | 65 head of cattle picked up by FNB Miami Jan. 5 | Unknown | 0.00 | | 0.00 | FA |
| 4 | Whereabouts of remaining cattle (approx 60) unknown | Unknown | 0.00 | | 0.00 | FA |
| 5 | 2001 John Deere 630 Flex Wing Disc | Unknown | 0.00 | | 0.00 | FA |
| 6 | 2015 Remlinger 400-20 Rock Picker | Unknown | 0.00 | | 0.00 | FA |
| 7 | 12 Shank Dikon Plow | Unknown | 0.00 | | 0.00 | FA |
| 8 | Mac Desktop Computer | Unknown | 0.00 | | 0.00 | FA |
| 9 | 4 Shank Sub-Soiler | Unknown | 0.00 | | 0.00 | FA |
| 10 | 2007 GMC Yukon | Unknown | 0.00 | | 0.00 | FA |
| 11 | 2008 Wils Trailer | Unknown | 0.00 | | 0.00 | FA |
| 12 | 1991 John Deere Cab Tractor | Unknown | 0.00 | | 0.00 | FA |
| 13 | 2012 Gooseneck 28' Tri-Axle Livestock Trailer | Unknown | 0.00 | | 0.00 | FA |
| 14 | 2009 Merrit Livestock Trailer | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2016 New Holland Tractor T4110 and Loader | Unknown | 0.00 | | 0.00 | FA |
| 16 | 2015 Delta 20' Stock Trailer | Unknown | 0.00 | | 0.00 | FA |
| 17 | 2006 Kubota TRV-900 RTV | Unknown | 0.00 | | 0.00 | FA |
| 18 | 2007 Peterbilt | Unknown | 0.00 | | 0.00 | FA |
| 19 | 2006 Peterbilt | Unknown | 0.00 | | 0.00 | FA |
| 20 | Claim against Amanda Gentry for at least $10,000 | Unknown | 0.00 | | 0.00 | FA |
| 21 | Lender Liability claim against Cornerstone Bank | Unknown | 0.00 | | 0.00 | FA |
| 22 | Insurance claim for American Family Insurance regarding burned barn | Unknown | 0.00 | | 0.00 | FA |
| 23 | Disgorgement of attorney's fees (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 24 | Accounts receivable (u) | 0.00 | 2,773.20 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 16-30618- BTF

**Case Name:** Taylor Cattle Co., LLC

**For Period Ending:** 08/04/2021

**Trustee Name:** (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):** 03/14/2017 (c)

**§ 341(a) Meeting Date:** 04/26/2017

**Claims Bar Date:** 07/28/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | Adversary Action - Gentry et al v. American Family Insurance Co., Adv. 19-03005 & 18-03014 (u) | 0.00 | 160,000.00 | | 160,000.00 | FA |
| 26 | Olsen v. Bill & Gloria McNeece, Adv. 18-03015 and 18-03016 (u) | 0.00 | 207,022.16 | | 10,000.00 | FA |
| 27 | Olsen v. Gary Gentry, Adv #18-03017 (u) | 0.00 | 98,678.85 | | 0.00 | FA |
| 28 | Olsen v. Don Lakin, Adv #18-03018 (u) | 0.00 | 16,700.00 | | 0.00 | FA |
| 29 | Olsen v. Circle Y Cattle Company, LLC, Adv #18-03019 (u) | 0.00 | 67,000.00 | | 0.00 | FA |
| 30 | Olsen v. Jeremy Clark, Adv. #18-03020 (u) | 0.00 | 148,000.00 | | 0.00 | FA |
| 31 | Olsen v. Neil Wagner, Adv. #18-03021 (u) | 0.00 | 106,000.00 | | 500.00 | FA |
| 32 | Olsen v. Troy Jennings, Adv. #18-03022 (u) | 0.00 | 180,000.00 | | 0.00 | FA |
| 33 | Olsen v. Derek Paradeis, Adv. #18-03023 (u) | 0.00 | 149,000.00 | | 500.00 | FA |
| 34 | Cornerstone Bank | Unknown | 0.00 | | 0.00 | FA |
| 35 | It is possible that Taylor Cattle Company has or owns other assets of which I have no knowledge.<br><br>It is possible that Taylor Cattle Company has or owns other assets of which I have no knowledge. My mother, Amanda Gentry, and my step-father, Darrell Gentry, were involved in the day to day operations of the business while I was attending school at Oklahoma State University, Stillwater, OK from the beginning until December 29, 2016. Darrell Gentry had a power of attorney to conduct business on behalf of the corporation. I have disclosed all information of which I have personal knowledge. | Unknown | 0.00 | | 0.00 | FA |
| **35** | **Assets Totals (Excluding unknown values)** | **$750,000.00** | **$1,890,174.21** | | **$926,000.00** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 3

**Case No.:**  16-30618- BTF

**Case Name:**   Taylor Cattle Co., LLC

**For Period Ending:**  08/04/2021

**Trustee Name:**   (450110) Jill D. Olsen

**Date Filed (f) or Converted (c):**   03/14/2017 (c)

**§ 341(a) Meeting Date:**   04/26/2017

**Claims Bar Date:**   07/28/2017

**Major Activities Affecting Case Closing:**

-Dec 2018 - filed multiple adversaries to recover preferences and fraudulent transfe-rs.  All  resolved except one, against Bill McNeece, which is still pending and scheduled for mediation in July or Aug 2020.

-Settled McNeece adversary for $10000.  Will pay $5000 by 9-2, $2500 by 10-5 and $2500 by 11-2.

-Settled Wagner and Paradeis adversaries for $500 each

12-1-20 - signed final tax returns and sent to CPA to mail with prompt determination request

3-11-21 - still waiting on last 4 checks to clear to file TDR.  Still uncleared as of 4-7-21

5-21-21 - stopped payment on 3 checks.  Transferred funds to new account.

5-24-21 - reissued checks to Darrell Gentry.  Sent email to Caterpillar to verify addy

5-27-21 - rec'd response from Caterpillar.  Re-issued check

7-13-21 - email to Caterpillar.  Cash by end of week or stopping pymt and paying to court

7-16-21 - email from Caterpillar.  they have check and will cash it

**Initial Projected Date Of Final Report (TFR):**  12/31/2018          **Current Projected Date Of Final Report (TFR):**   01/20/2021 (Actual)

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case No.:** | 16-30618- BTF | |
| **Case Name:** | Taylor Cattle Co., LLC | |
| **Taxpayer ID #:** | **-***8135 | |
| **For Period Ending:** | 08/04/2021 | |

| | |
|---|---|
| **Trustee Name:** | Jill D. Olsen (450110) |
| **Bank Name:** | TEXAS CAPITAL BANK |
| **Account #:** | ******3190 Checking Account |
| **Blanket Bond (per case limit):** | $1,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/13/17 | | CB Title, Inc. | Proceeds from sale of farm | | 711,996.44 | | 711,996.44 |
| | | | Real estate taxes to Jasper County -$6,925.94 | 6820-000 | | | |
| | | | Buyers broker commission -$13,500.00 | 3510-000 | | | |
| | | | Closing and title fees -$312.50 | 2500-000 | | | |
| | {1} | | Gross sales proceeds, Doc. #71, #86, #99, #144 $750,000.00 | 1110-000 | | | |
| | | | County taxes -$765.12 | 2820-000 | | | |
| | | | Trustees broker commision -$16,500.00 | 3510-000 | | | |
| 04/19/17 | 51001 | The Cornerstone Bank | Bank loan payoff per court order | 4110-000 | | 701,315.60 | 10,680.84 |
| 05/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 270.27 | 10,410.57 |
| 05/17/17 | {23} | Kutak Rock LLP | per court order 5-16-17 | 1290-000 | 5,000.00 | | 15,410.57 |
| 06/01/17 | {24} | Cimarron Dispatch, LLC | Check given to debtor before filing for payment on account, but not negotiated.  Reversed by issuing bank due to stop payment by payor | 1221-000 | 2,773.20 | | 18,183.77 |
| 06/05/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 17.95 | 18,165.82 |
| 06/06/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 5.00 | 18,160.82 |
| 06/07/17 | {24} | Cimarron Dispatch, LLC | Check given to debtor before filing for payment on account, but not negotiated.  Reversed by issuing bank due to stop payment by payor Cimarron Dispatch, LLC | 1221-000 | -2,773.20 | | 15,387.62 |
| 07/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 22.15 | 15,365.47 |
| 08/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 21.47 | 15,344.00 |
| 09/05/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 21.44 | 15,322.56 |
| 10/04/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 21.41 | 15,301.15 |
| 11/03/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 21.38 | 15,279.77 |
| 12/04/17 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 21.35 | 15,258.42 |
| 12/14/17 | 51002 | JPMorgan Chase Bank, N.A. | Case ID #SB839412-I1 | 2990-002 | | 479.82 | 14,778.60 |
| 01/03/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 21.06 | 14,757.54 |
| 02/05/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 20.62 | 14,736.92 |
| 03/05/18 | | Texas Capital Bank | Bank Service Fee | 2600-000 | | 20.60 | 14,716.32 |
| 09/17/18 | 51003 | Missouri Department of Revenue | 2017 Form 1041 taxes  EIN 61-1698135 | 2820-000 | | 1,027.00 | 13,689.32 |
| 11/30/18 | 51004 | Missouri Department of Revenue | 2017 Fiduciary tax, TIN 61-698135 | 2820-000 | | 69.16 | 13,620.16 |
| 08/27/19 | {25} | American Family Insurance Group | Settlement of adversary action | 1249-000 | 160,000.00 | | 173,620.16 |
| 02/03/20 | 51005 | Cheryl Wesler | Per court order 1-7-20 | | | 3,502.14 | 170,118.02 |
| | | Cheryl Wesler | Per court order 1-7-20, Doc. #204 $3,315.00 | 3410-000 | | | |

Page Subtotals:   $876,996.44   $706,878.42

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-30618- BTF | **Trustee Name:** | Jill D. Olsen (450110) |
| **Case Name:** | Taylor Cattle Co., LLC | **Bank Name:** | TEXAS CAPITAL BANK |
| **Taxpayer ID #:** | **-***8135 | **Account #:** | ******3190 Checking Account |
| **For Period Ending:** | 08/04/2021 | **Blanket Bond (per case limit):** | $1,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Cheryl Wesler | Per court order 1-7-20, Doc. #204 | 3420-000 | | | |
| | | | $187.14 | | | | |
| 06/15/20 | | Signature Bank | Transfer to account ending 3273 | 9999-000 | | 170,118.02 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 876,996.44 | 876,996.44 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 170,118.02 | |
| **Subtotal** | 876,996.44 | 706,878.42 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $876,996.44 | $706,878.42 | |

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 3

| | | |
|---|---|---|
| **Case No.:** | 16-30618- BTF | |
| **Case Name:** | Taylor Cattle Co., LLC | |
| **Taxpayer ID #:** | **-***8135 | |
| **For Period Ending:** | 08/04/2021 | |

| | |
|---|---|
| **Trustee Name:** | Jill D. Olsen (450110) |
| **Bank Name:** | Signature Bank |
| **Account #:** | ******3273 Checking Account |
| **Blanket Bond (per case limit):** | $1,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/15/20 | | Texas Capital Bank | Transfer from account ending 3190 | 9999-000 | 170,118.02 | | 170,118.02 |
| 08/26/20 | {26} | Bill McNeece | 1st installment on AO 8-19-20 (Doc. #57) | 1249-000 | 5,000.00 | | 175,118.02 |
| 08/26/20 | | Clapper Law Firm Trust Account | Per AO 8-19-20 (Doc. #62) and AO 8-19-20 (Doc. #65) | | 1,000.00 | | 176,118.02 |
| | {31} | | Per AO 8-19-20 (Doc. #62) and AO 8-19-20 (Doc. #65) $500.00 | 1249-000 | | | |
| | {33} | | $500.00 | 1249-000 | | | |
| 10/14/20 | {26} | Bill McNeece | | 1249-000 | 2,500.00 | | 178,618.02 |
| 10/20/20 | 60001 | Cheryl Wesler | Per court order 10-15-20 (Doc. #216) | | | 1,476.58 | 177,141.44 |
| | | Cheryl Wesler | Per court order 10-15-20 (Doc. #216) $1,315.00 | 3410-000 | | | |
| | | Cheryl Wesler | Per court order 10-15-20 (Doc. #216) $161.58 | 3420-000 | | | |
| 11/30/20 | {26} | Bill McNeece | Final settlement payment | 1249-000 | 2,500.00 | | 179,641.44 |
| 12/01/20 | 60002 | Missouri Department of Revenue | 2020 Form MO-1041 TIN 61-1698135 | 2820-000 | | 116.00 | 179,525.44 |
| 12/10/20 | 60003 | Spencer Fane LLP | Per court order 12-9-20 (Doc. #221) | 3210-000 | | 115,910.69 | 63,614.75 |
| 12/10/20 | 60004 | Spencer Fane LLP | Per court order 12-9-20 (Doc. #221) | 3220-000 | | 5,089.31 | 58,525.44 |
| 01/06/21 | 60005 | Cheryl Wesler | Per court order 1-5-21 (Doc #223) | | | 1,039.75 | 57,485.69 |
| | | Cheryl Wesler | Per court order 1-5-21 (Doc #223) $843.75 | 3410-000 | | | |
| | | Cheryl Wesler | Per court order 1-5-21 (Doc #223) $196.00 | 3420-000 | | | |
| 02/13/21 | 60006 | Jill Olsen | Compensation:$49550.00; Expenses:$912.30; | | | 50,462.30 | 7,023.39 |
| | | Jill Olsen | Dividend of 100.000000000%. $912.30 | 2200-000 | | | |
| | | Jill Olsen | Dividend of 100.000000000%. $49,550.00 | 2100-000 | | | |
| 02/13/21 | 60007 | Richard V. Fink, Chapter 12 Trustee | Dividend of 100.000000000%. Ch 12 trustee fees per court order 6-23-17 (Doc #127) | 6700-180 | | 2,244.00 | 4,779.39 |
| 02/13/21 | 60008 | STEPHEN H. HOLT - JASPER COUNTY COLLECTOR | Dividend of 100.000000000%, Claim No.00002. Created Amount Claimed: $34.33 Created Priority Claimed Amount: $34.33<br><br>Created Filed By: Creditor Created Date Filed: 05/11/2017 Stopped on 03/18/2021 | 5800-005 | | 34.33 | 4,745.06 |
| 02/13/21 | 60009 | Dorothy Bitter c/o Robert S. Whitmore, Trustee | Dividend of 0.434382429%, Claim No.00001. Obj filed 3-6-19. Agreed Order entered 9-5-19 (Doc. #199) with reduction in amount of claim | 7100-000 | | 1,738.07 | 3,006.99 |

Page Subtotals: **$181,118.02** **$178,111.03**

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 4

| | | |
|---|---|---|
| Case No.: | 16-30618- BTF | |
| Case Name: | Taylor Cattle Co., LLC | |
| Taxpayer ID #: | **-***8135 | |
| For Period Ending: | 08/04/2021 | |

| | |
|---|---|
| Trustee Name: | Jill D. Olsen (450110) |
| Bank Name: | Signature Bank |
| Account #: | ******3273 Checking Account |
| Blanket Bond (per case limit): | $1,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/13/21 | 60010 | MFA Oil Company | Dividend of 0.434382429%, Claim No.00005. Created NO CLAIM DATA Created Amount Claimed: $547.72<br><br>Created Filed By: Creditor Created Date Filed: 05/30/2017 | 7100-000 | | 2.38 | 3,004.61 |
| 02/13/21 | 60011 | American Express Bank, FSB c/o Becket and Lee LLP | Dividend of 0.434382429%, Claim No.00006. Created NO CLAIM DATA Created Amount Claimed: $44149.49<br><br>Created Filed By: Creditor Created Date Filed: 07/12/2017 | 7100-000 | | 191.78 | 2,812.83 |
| 02/13/21 | 60012 | Darrel Gentry | Dividend of 0.434382429%, Claim No.00009. Created Amount Claimed: $70000.00 Created Filed By: Creditor Created Date Filed: 07/26/2017 Created Description: Monies owed for operating a truck for hauling for Debtor and goods and services. Stopped on 05/17/2021 | 7100-005 | | 304.07 | 2,508.76 |
| 02/13/21 | 60013 | Darrel Gentry | Dividend of 0.434382429%, Claim No.00010. Created Amount Claimed: $547638.04 Created Filed By: Creditor Created Date Filed: 07/26/2017 Created Description: Money loaned to Debtor for purchase of land and operations. Stopped on 05/17/2021 | 7100-005 | | 2,378.84 | 129.92 |
| 02/13/21 | 60014 | Caterpillar Financial Commercial Account Corp Attn: Amanda T | Dividend of 0.434382429%, Claim No.00014. Created NO CLAIM DATACreated Amount Claimed: $29909.98 Created Filed By: Creditor Created Date Filed: 07/27/2017 Stopped on 05/17/2021 | 7100-005 | | 129.92 | 0.00 |
| 03/18/21 | 60008 | STEPHEN H. HOLT - JASPER COUNTY COLLECTOR | Dividend of 100.000000000%, Claim No.00002. Created Amount Claimed: $34.33<br> Created Priority Claimed Amount: $34.33<br><br>Created Filed By: Creditor Created Date Filed: 05/11/2017 Stopped: check issued on 02/13/2021 | 5800-005 | | -34.33 | 34.33 |
| 04/21/21 | | U.S. Bankruptcy Court | Unclaimed Funds | 5800-000 | | 34.33 | 0.00 |
| 05/17/21 | 60012 | Darrel Gentry | Dividend of 0.434382429%, Claim No.00009. Created Amount Claimed: $70000.00 Created Filed By: Creditor Created Date Filed: 07/26/2017 Created Description: Monies owed for operating a truck for hauling for Debtor and goods and services. Stopped: check issued on 02/13/2021 | 7100-005 | | -304.07 | 304.07 |

| | | | | Page Subtotals: | $0.00 | $2,702.92 | |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| { } Asset Reference(s) | UST Form 101-7-TDR ( 10 /1/2010) |

! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 16-30618- BTF | Trustee Name: | Jill D. Olsen (450110) |
|---|---|---|---|
| Case Name: | Taylor Cattle Co., LLC | Bank Name: | Signature Bank |
| Taxpayer ID #: | **-***8135 | Account #: | ******3273 Checking Account |
| For Period Ending: | 08/04/2021 | Blanket Bond (per case limit): | $1,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/17/21 | 60013 | Darrel Gentry | Dividend of 0.434382429%, Claim No.00010. Created Amount Claimed: $547638.04  Created Filed By: Creditor  Created Date Filed: 07/26/2017  Created Description: Money loaned to Debtor for purchase of land and operations. Stopped: check issued on 02/13/2021 | 7100-005 | | -2,378.84 | 2,682.91 |
| 05/17/21 | 60014 | Caterpillar Financial Commercial Account Corp Attn: Amanda T | Dividend of 0.434382429%, Claim No.00014. Created NO CLAIM DATACreated Amount Claimed: $29909.98  Created Filed By: Creditor  Created Date Filed: 07/27/2017 Stopped: check issued on 02/13/2021 | 7100-005 | | -129.92 | 2,812.83 |
| 05/21/21 | | Metropolitan Commercial Bank | Wire transfer to move funds to acct xxxxxx6216 | 9999-000 | -2,812.83 | | 0.00 |

|  | | COLUMN TOTALS | | | 178,305.19 | 178,305.19 | $0.00 |
|  | | Less: Bank Transfers/CDs | | | 167,305.19 | 0.00 | |
|  | | Subtotal | | | 11,000.00 | 178,305.19 | |
|  | | Less: Payments to Debtors | | | | 0.00 | |
|  | | NET Receipts / Disbursements | | | $11,000.00 | $178,305.19 | |

# Form 2

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 16-30618- BTF | Trustee Name: | Jill D. Olsen (450110) |
|---|---|---|---|
| Case Name: | Taylor Cattle Co., LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8135 | Account #: | ******6216 Checking Account |
| For Period Ending: | 08/04/2021 | Blanket Bond (per case limit): | $1,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/21/21 | | SIGNATURE BANK | WIRE FROM SIGNATURE BANK 1504103273, STOPPED PAYMENTS ON CHECKS #60012 $304.07, #60013 $2378.84 AND #60014 $129.92 | 9999-000 | 2,812.83 | | 2,812.83 |
| 05/24/21 | 101 | Darrel Gentry | Reissue of checks on Claims #9 & #10 | | | 2,682.91 | 129.92 |
| | | Darrel Gentry | Reissued check after stop payment                                     $304.07 | 7100-000 | | | |
| | | Darrel Gentry | Reissue check after stop payment                                     $2,378.84 | 7100-000 | | | |
| 05/27/21 | 102 | Caterpillar Financial Commercial | Reissuance of check after stop payment | 7100-000 | | 129.92 | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 2,812.83 | 2,812.83 | $0.00 |
| Less: Bank Transfers/CDs | | 2,812.83 | 0.00 | |
| Subtotal | | 0.00 | 2,812.83 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $2,812.83 | |

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9
Page: 7

| | |
|---|---|
| **Case No.:** | 16-30618- BTF |
| **Case Name:** | Taylor Cattle Co., LLC |
| **Taxpayer ID #:** | **-***8135 |
| **For Period Ending:** | 08/04/2021 |

| | |
|---|---|
| **Trustee Name:** | Jill D. Olsen (450110) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******6216 Checking Account |
| **Blanket Bond (per case limit):** | $1,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3190 Checking Account | $876,996.44 | $706,878.42 | $0.00 |
| ******3273 Checking Account | $11,000.00 | $178,305.19 | $0.00 |
| ******6216 Checking Account | $0.00 | $2,812.83 | $0.00 |
| | **$887,996.44** | **$887,996.44** | **$0.00** |